[No. 42191-3-I.    Division One.    May 24, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD A. PRAY, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 97-1-00987-4, David A. Nichols, J., entered February 12, 1998. *Affirmed* by unpublished per curiam opinion. Now published at 96 Wn. App. 25.

[No. 42251-1-I.    Division One.    May 24, 1999.]

CONNIE LAVALLEY, *Appellant*, v. PAUL C. RITCHIE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 94-2-00315-8, David A. Nichols, J., entered February 13, 1998. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Appelwick, JJ.

[No. 42256-1-I.    Division One.    May 24, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JAKE DANIEL GILBERT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-05863-4, Charles V. Johnson, J., entered February 24, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42293-6-I.    Division One.    May 24, 1999.]

JOHN A. KUCA, JR., *Appellant*, v. LONG PAINTING COMPANY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-25031-7, Michael Trickey, J., entered January 29, 1998. *Affirmed* by unpublished opinion per Agid, A.C.J., concurred in by Webster and Cox, JJ.